**Steven M. Wilker**, OSB #911882
  Direct Dial: 503.802.2040
  Email: steven.wilker@tonkon.com
**Paul M. Balmer**, OSB #203429
  Direct Dial: 503.802.5745
  Email: paul.balmer@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, 16th Floor
Portland, OR  97204
    Attorneys for Plaintiffs and Cross-Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **WILLIAM PAATALO** and **JENNY PAATALO**,<br><br>            Plaintiffs,<br>    v.<br><br>**LINCOLN COUNTY,** by and through its Deputy Sheriff Boys in his official capacity; and **JOANN MCCARTHY**, individually and as Trustee of the Norman E. McCarthy and JoAnn McCarthy Living Trust,<br><br>            Defendants. | Civil No. 6:21-cv-00117-MC<br><br>**STIPULATION AND JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| **JOANN MCCARTHY,**<br><br>             Cross-Claimant,<br>    v.<br><br>**WILLIAM PAATALO,**<br><br>            Cross-Defendant. | |

Page 1 – STIPULATION AND JUDGMENT OF DISMISSAL WITH PREJUDICE

**JOANN MCCARTHY**, individually and as Trustee of the Norman E. McCarthy and JoAnn McCarthy Living Trust,

        Third-Party Plaintiff,

  v.

**RUSSELL L. BALDWIN,**

        Third-Party Defendant.

## STIPULATION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is stipulated between Plaintiff/Cross-Defendant William Paatalo and Plaintiff Jenny Paatalo and Defendant/Cross-Claimant JoAnn McCarthy that this action is to be dismissed WITH PREJUDICE and WITHOUT ATTORNEY FEES OR COSTS to any side and that the Order granting JoAnn McCarthy's Motion for Attorney Fees against Plaintiff Jenny Paatalo (ECF No. 76) is to be vacated.

## JUDGMENT

Based upon the parties' stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that this action as between Plaintiffs William Paatalo and Jenny Paatalo and Defendant JoAnn McCarthy and as between Cross-Claimant JoAnn McCarthy and Cross-Defendant William Paatalo is dismissed with prejudice, and without fees or costs to any party, and further that the Order granting McCarthy's Motion for Attorney Fees (ECF No. 76) is vacated.

ORDERED this 28th day of July, 2023.

                                              s/Michael J. McShane
                                              MICHAEL J. McSHANE
                                              UNITED STATES DISTRICT COURT

STIPULATED AND SUBMITTED BY:

| TONKON TORP LLP | BROOKS LAW OFFICE |
|---|---|
| By: */s/ Paul Balmer* <br>    Steven M. Wilker, OSB No. 911882 <br>    Paul M. Balmer, OSB No. 203429 <br><br> Attorneys for Plaintiffs William Paatalo and Jenny Paatalo and Cross-Defendant William Paatalo | By: */s/ Lance A. Brooks* <br>    Lance A. Brooks, OSB No. 051079 <br><br> Attorneys for Defendant and Cross-Claimant JoAnn McCarthy |

Page 3 – STIPULATION AND JUDGMENT OF DISMISSAL WITH PREJUDICE